| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>    Paul More SBN 228589<br>    Davis, Cowell & Bowe, LLP<br>    595 Market Street Suite 800<br>    San Francisco CA 94105<br>        ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(415) 597-7200<br><br><br>Ref. No. or File No.<br>UTLA-0014 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL BANKRUPTCY, LOS ANGELES<br>255 E Temple St. Roybal Bldg. #940<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>International Brotherhood of Teamsters, Local 396 v. NASA Services, Inc. | | |
| INVOICE NO.      DATE:      TIME:      DEP./DIV.<br>2009986 | | CASE NUMBER:<br>2:18-cv-03681-KS |

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Teamsters Local 396's Petition to Compel Arbitration; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice to Counsel; Statement of Consent to Proceed Before a United States Magistrate Judge; Summons in a Civil Action;

NASA SERVICES, INC.
 Arsen Sarkisian, Agent for Service

At: 1100 S Maple Ave
    Montebello, CA 90640


I served the party by substituted service. By leaving copies with:

Anita Altounian
 Gender: F   AGE: 50   Height: 5'4   Weight: 150   Race: Armenian   Hair: brown   Other:
Whose title is: Person in Charge

On: 5/14/2018                        At: 09:57 AM

A declaration of mailing is attached



Person who served papers
  a. Name: Cruz M. Gonzalez

CONTINUED ON NEXT PAGE

**Declaration of Service**

Billing Code: UTLA-0014

| PLAINTIFF/PETITIONER: | International Brotherhood of Teamsters, Local 396 | CASE NUMBER:<br>2:18-cv-03681-KS |
|---|---|---|
| DEFENDANT/RESPONDENT: | NASA Services, Inc. | |

   b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
   c. Telephone number: 213-628-6338
   d. The fee for this service was: 69.50
   e. I am:
   (3) [X] a registered CA process server:
       (i) [X] Independent Contractor
       (ii) Registration No.: 3415
       (iii) County: Los Angeles


  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

5/22/2018

Cruz M. Gonzalez                                                                                >

**Declaration of Service**

**Billing Code:** UTLA-0014

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Paul More SBN 228589<br>Davis, Cowell & Bowe, LLP<br>595 Market Street Suite 800<br>San Francisco CA 94105<br>ATTORNEY FOR    Plaintiff | (415) 597-7200<br><br>Ref. No. or File No.<br>UTLA-0014 | |

| UNITED STATES DISTRICT COURT - CENTRAL BANKRUPTCY, LOS ANGELES |
|---|
| 255 E Temple St. Roybal Bldg. #940 |
| Los Angeles, CA 90012 |

| SHORT TITLE OF CASE: |
|---|
| International Brotherhood of Teamsters, Local 396 v. NASA Services, Inc. |

| INVOICE NO.<br>2009986 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:18-cv-03681-KS |
|---|---|---|---|---|

United States District Court

Declaration of Service by Mail

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On 05/18/2018, I served the within:

Teamsters Local 396's Petition to Compel Arbitration; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice to Counsel; Statement of Consent to Proceed Before a United States Magistrate Judge; Summons in a Civil Action;

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: Los Angeles, California, addressed as follows:

NASA SERVICES, INC.
1100 S Maple Ave
Montebello, CA 90640

Declarant:
  a. Name: Margarita Abeshyan
  b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
  c. Telephone number: 213-628-6338
  d. The fee for this service was: 69.50
  e. I am:
  (3) [X] a registered California process server:
      (i) [X] Employee
      (ii) Registration No.: 6700
      (iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in

CONTINUED ON NEXT PAGE

**Declaration of Service by Mail**

Billing Code: UTLA-0014

| PLAINTIFF/PETITIONER: | International Brotherhood of Teamsters, Local 396 | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | NASA Services, Inc. | 2:18-cv-03681-KS |

the return of service and statement of fees is true and correct.

5/18/2018

Margarita Abeshyan                                   >

**Declaration of Service by Mail**

**Billing Code:** UTLA-0014