Paul L. More, SBN 228589
F. Benjamin Kowalczyk, SBN 316796
McCRACKEN, STEMERMAN & HOLSBERRY
595 Market Street, Suite 800
San Francisco, California 94105
Tel. No.:   (415) 597-7200
Fax No.:   (415) 597-7200
E-mail:      pmore@msh.law

*Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396,<br><br>            Petitioner,<br>    vs.<br><br>NASA SERVICES, INC.; and DOES I through X,<br><br>            Defendants. | Case No.: 2:18-cv-03681-KS<br><br>**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396's NOTICE OF MOTION TO COMPEL ARBITRATION**<br><br>Date: August 20, 2018, 1:30 p.m.<br>Judge: Hon. Stephen Wilson<br>Location: Courtroom 10A |

TO THE RESPONDENT AND ITS ATTORNEY OF RECORD,

PLEASE TAKE NOTICE that on August 20, 2018 at 1:30 p.m. in Courtroom 10A of the First Street Courthouse, 350 W. 1st Street, 10th Floor, Los Angeles, California, Petitioner Teamsters Local 396 (the "Union") will and hereby does move the Court for an order compelling Respondent NASA Services, Inc. to arbitrate its dispute with the Union pursuant to the arbitration provision in the parties' October 2014 Memorandum of Agreement.  This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 13, 2018 and July 2, 2018.

    This motion is based on the attached memorandum, the declarations of Jim Smith and Paul L. More, the request for judicial notice and accompanying documents filed herewith, and on the full record in this matter.

Dated: July 23, 2018        Respectfully Submitted,

                        McCRACKEN, STEMERMAN & HOLSBERRY LLP

                        By:   */s/Paul L. More*
                              Paul L. More
                              Attorneys for Petitioner

# PROOF OF SERVICE

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the city and county of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 595 Market Street, Suite 800, San Francisco, California 94105.

On July 23, 2018 I served a copy of the following document(s) described as:

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396's NOTICE OF MOTION TO COMPEL ARBITRATION**

on the interested party(ies) to this action as follows:

*<u>By ECF System - Court's Notice of Electronic Filing:</u>*

L Brent Garrett
Atkinson Andelson Loya Ruud and Romo
12800 Center Court Drive South Suite 300
Cerritos, CA 90703
562-653-3200
Fax: 562-653-3333
Email: bgarrett@aalrr.com

*Attorneys for NASA Services, Inc.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 23rd day of July 2018, at San Francisco, California.

*Katherine Maddux*

CERTIFICATE OF SERVICE                    CASE NO. 2:18-cv-03681-KS