1  Paul L. More, SBN 228589
2  F. Benjamin Kowalczyk, SBN 316796
   McCRACKEN, STEMERMAN & HOLSBERRY
3  595 Market Street, Suite 800
4  San Francisco, California 94105
   Tel. No.:    (415) 597-7200
5  Fax No.:    (415) 597-7200
6  E-mail:      pmore@msh.law
7
8  *Attorneys for Petitioner*
9
10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**
12
13

| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396, | Case No.: 2:18-cv-03681-KS |
|---|---|
| Petitioner, vs. | **[proposed] ORDER GRANTING INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396's MOTION TO COMPEL ARBITRATION** |
| NASA SERVICES, INC.; and DOES I through X, | |
| Defendants. | Date: August 20, 2018, 1:30 p.m. |
| | Judge: Hon. Stephen Wilson |
| | Location: Courtroom 10A |

This matter came before the Court on August 20, 2018 on Petitioner Teamsters Local 396's motion to compel arbitration.  This Court has jurisdiction under Section 301 of the Labor-Management Relations Act, 29 U.S.C. § 185.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, and good cause appearing, the Court finds that Respondent NASA Services, Inc. is obligated to arbitrate the parties' dispute over whether the condition set forth in Paragraph 15 of the parties' October 2014 Memorandum of Agreement was satisfied.

IT IS HEREBY ORDERED, that Teamsters Local 396's motion to compel arbitration is GRANTED.  It is FURTHER ORDERED, that pursuant to Paragraph 14 of the parties' October 2014 Memorandum of Agreement, NASA Services Inc. shall pay Teamsters Local 396's reasonable fees and expenses in bringing this action.  The amount of such fees and expenses shall be determined by separate motion.

Dated: _____            _____
                                    Hon. Stephen V. Wilson
                                    United States District Court Judge

Presented this 23rd day of July, 2018

McCRACKEN, STEMERMAN & HOLSBERRY LLP

By:    */s/Paul L. More*
       Paul L. More, SBN 228589
       F. Benjamin Kowalczyk, SBN 316796
       McCRACKEN, STEMERMAN & HOLSBERRY
       595 Market Street, Suite 800
       San Francisco, California 94105
       Tel. No.:   (415) 597-7200
       Fax No.:   (415) 597-7200
       E-mail:    pmore@msh.law
       *Attorneys for Petitioners*

1

## PROOF OF SERVICE

### STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the city and county of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 595 Market Street, Suite 800, San Francisco, California 94105.

On July 23, 2018 I served a copy of the following document(s) described as:

[proposed] ORDER GRANTING INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396's MOTION TO COMPEL ARBITRATION

on the interested party(ies) to this action as follows:

*By ECF System - Court's Notice of Electronic Filing:*

L Brent Garrett
Atkinson Andelson Loya Ruud and Romo
12800 Center Court Drive South Suite 300
Cerritos, CA 90703
562-653-3200
Fax: 562-653-3333
Email: bgarrett@aalrr.com

*Attorneys for NASA Services, Inc.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 23rd day of July 2018, at San Francisco, California.

*(signature)*
Katherine Maddux

1

CERTIFICATE OF SERVICE                     CASE NO. 2:18-cv-03681-KS